*law library*

# IN THE SUPERIOR COURT OF GUAM

THE PEOPLE OF GUAM

vs.

JONATHAN A. LEON GUERRERO,

Defendant.

)
)
)
)
)
)
)
)
)
)
)

CIVIL CASE NO. CM583-05

ORDER AFTER HEARING

This matter came before the HONORABLE VERNON P. PEREZ on February 5, 2014 for Further Proceedings. Assistant Attorney General James Stake appeared representing the Government. Attorney Todd Thompson appeared representing the Defendant. Having reviewed the pleadings and the arguments presented, the Court now issues the following decision and order.

## DISCUSSION

Defendant pled guilty to one count of Assault (as a misdemeanor) on May 5, 2005. Judgment was entered and the Court ordered Defendant to pay a fine of $500 to the Criminal Injuries Compensation Fund and restitution to the victim. The Court also sentenced Defendant to a two year term of supervised probation expiring May 5, 2008. The issue is whether the Court still has jurisdiction over Defendant. The People argue that the Court should exercise its jurisdiction over Defendant because he has failed to make any payments to his fine and restitution. The People ask that the Court find Defendant in contumacious default and order him incarcerated for a period of one (1) year. Defendant argues that the Court lacks jurisdiction to revoke probation because Defendant's probationary term expired on or about February 23, 2009. As a result, Defendant requests this Court disregard the People's demand that Defendant be imprisoned. The Court agrees with Defendant. Pursuant to *People v. Anson*, 1998 Guam 11, the People's motion was made after Defendant's probationary term had expired. Thus the Court is now without jurisdiction. On that basis the Court will not order Defendant be incarcerated. The Court, instead, will dismiss this matter.

## CONCLUSION

For the foregoing reasons, the Court **DENIES** the People's Motion and **ORDERS** this case Dismissed.

So **ORDERED** this day of __11th__ February, 2014.

_____

HONORABLE VERNON P. PEREZ
JUDGE, SUPERIOR COURT OF GUAM

//

//

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam. Dated at Hagåtña, Guam

FEB 11 2014

Therese M. Rias
Deputy Clerk, Superior Court of Guam

*People v. Leon Guerrero*
Order After Hearing
Criminal Case No. CM583-05          - Page 2 of 2 -